**Order filed December 7, 2021**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-21-00427-CV

———————

## IN THE INTEREST OF C.U.D., S.L.D., A/K/A S.D., J.P.J.D., K.K.J.D., A.E.D., II, CHILDREN

---

**On Appeal from the 308th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-37155**

---

### ORDER

On November 18, 2021, this court instructed the trial court to conduct a hearing in association with appellant's failure to file a brief. Pursuant to this court's order, the trial court held a hearing on November 29 and December 2, 2021. A supplemental clerk's record and supplemental reporter's record have been provided in association with that hearing. The records reflect that Molly Petersmeyer Bagshaw has now been appointed to represent appellant.

Accordingly, the court orders appellant to file a brief with this court no later than **December 27, 2021**. No further extensions of this deadline will be granted absent extraordinary circumstances.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Poissant.